UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHOEBE BERG, TOSHIRO KIDA, JOHN RIVERA, DAYNA ROZENTAL and JONATHAN JETTER, individually and on behalf of a class of all others similarly situated,

          Plaintiffs,

-against-

NEW YORK CITY POLICE COMMISSIONER RAYMOND KELLY; et al.

          Defendants.
------------------------------------------------------------------X

12 Civ. 3391 (TPG)

AND ORDER
Stipulation of partial dismissal with prejudice and regarding plaintiffs' proposed amendment

The parties to this action hereby Stipulate and Agree, and request that the Court "So Order," the following:

1. Plaintiff seeks to file an amended complaint in this action. Defendants do not oppose this application.

2. The parties stipulate and agree to the voluntary dismissal by plaintiff, with prejudice, of any and all claims against defendants OFFICERS/ SERGEANTS YESENIA AYALA, Sh. No. 13587; BRENDA BATCHER, Sh. No. 18825; MATHEW BETTING, Sh. No. 12343; CYNTHIA BOYLE, Sh. No. 6663; STEPHEN CAROLAN, Sh. No. 6693; MICHAEL CASALE, Sh. No. 30092; CHRISTOPHER CLARK, Sh. No. 30815; NATHAN COLLINS, Sh. No. 11773; FRANCISCO COSTA, Sh. No. 20660; JESSE COTTON, Sh. No. 1178; CHRIS DEFEO, Sh. No. 19936; JOSEPH DIAZ, Sh. No. 4744; THANYA DUHANEY,

1

Shield No. 5584; JEANETTE FIUEROU, Sh. No. 6040; DEBORAH GARBUTT, Sh. No. 29583; JAMES GATTO, Sh. No. 27905; MATTHEW GRESSWELL, Sh. No. 10994; STEPHEN MAZZARD, Sh. No. 31071; MICHAEL RODER, Sh. No. 25253; DOUGLAS SHEEHAN, Sh. No. 26759; DIXON SU, Sh. No. 7680; and PETER VOLAIRE, Sh. No. 27518.

3. The parties stipulate and agree to the removal of the following names from the caption of this case: OFFICERS/ SERGEANTS YESENIA AYALA, Sh. No. 13587; BRENDA BATCHER, Sh. No. 18825; MATHEW BETTING, Sh. No. 12343; CYNTHIA BOYLE, Sh. No. 6663; STEPHEN CAROLAN, Sh. No. 6693; MICHAEL CASALE, Sh. No. 30092; CHRISTOPHER CLARK, Sh. No. 30815; NATHAN COLLINS, Sh. No. 11773; FRANCISCO COSTA, Sh. No. 20660; JESSE COTTON, Sh. No. 1178; CHRIS DEFEO, Sh. No. 19936; JOSEPH DIAZ, Sh. No. 4744; THANYA DUHANEY, Shield No. 5584; JEANETTE FIUEROU, Sh. No. 6040; DEBORAH GARBUTT, Sh. No. 29583; JAMES GATTO, Sh. No. 27905; MATTHEW GRESSWELL, Sh. No. 10994; STEPHEN MAZZARD, Sh. No. 31071; MICHAEL RODER, Sh. No. 25253; DOUGLAS SHEEHAN, Sh. No. 26759; DIXON SU, Sh. No. 7680; and PETER VOLAIRE, Sh. No. 27518.

///

///

2

5. Plaintiffs seek to add the following defendants in the proposed amended complaint: DEPUTY CHIEF JAMES MCNAMARA, INSPECTOR PETER LOEHLE, and LIEUTENANT STEPHEN LATALARDO. Defendants do not oppose this application.

Date: December 9, 2015
New York, New York

/s/

David B. Rankin
Rankin & Taylor, PLLC
11 Park Place, Suite 914
New York, NY 10007
212-226-4507
*Attorney for Plaintiff*

/s/

Andrew Lucas
Assistant Corporation Counsel
The New York City Law Department
100 Church Street
New York, NY 10007
212-356-2373
*Attorneys for Defendants*

SO ORDERED

/s/ Thomas P. Griesa

Hon. Thomas P. Griesa
United States District Judge
12/9/15

3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2015