S.D.N.Y.-N.Y.C.<br>
12-cv-3391<br>
Griesa, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of January, two thousand seventeen.

Present:
    Reena Raggi,
    Denny Chin,
    Raymond J. Lohier, Jr.,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: January 11, 2017

Phoebe Berg, *et al.*,

        *Plaintiffs-Appellees*,

v.

NYCP Commissioner Raymond Kelly, *et al.*,        16-3146

        *Defendants-Appellants*,

NYC PD Officer Sgt. Yesenia Ayala, Sh. No. 13587, *et al.*,

        *Defendants*.

Appellees move to dismiss this appeal for lack of jurisdiction. Upon due consideration, it is hereby ORDERED that the motion is DENIED. The court has jurisdiction over this appeal to determine whether Appellants are entitled to qualified immunity as a matter of law to the extent that they can support their defense on Appellees' "version of the facts that the district judge deemed available for jury resolution." *Lynch v. Ackley*, 811 F.3d 569, 576 (2d Cir. 2016) (internal quotation marks omitted).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/11/2017