```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHOEBE BERG, et al.,

               Plaintiffs,  :   ORDER

   -v.-  :   12 Civ. 3391 (GWG)

NEW YORK CITY POLICE COMMISSIONER
RAYMOND KELLY, et al.,

               Defendants.
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court brings to the parties' attention that one of the undersigned's law clerks, who started her clerkship in August 2018, worked as a paid clerk at the office of plaintiffs' counsel while she was in law school in the Fall of 2017. The law clerk has stated that she worked on the above-captioned case at that time. The Court has made no further inquiry of the law clerk and does not know the nature of her work on the case.

      While in Chambers, the law clerk has not discussed the case with the undersigned and indeed has had no involvement in the case. She will have no involvement in the future. Staff in my chambers have been instructed not to communicate with the law clerk in any manner about the case. In addition, the law clerk has been instructed not to communicate with anyone in Chambers about the case.

      The Court believes that it will be completely impartial in this case. If, however, any party wishes to make any application with respect to this matter, the party should do so on or before November 15, 2018.

      SO ORDERED.

Dated: November 8, 2018
       New York, New York

                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge